Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00037-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| PATRICIA MCCOARD, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: July 26, 2012    NATIONAL PARK SERVICE


   /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:  August 1, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE